■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE BROWN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Finnegan, J.), rendered September 12, 1985, convicting him of murder in the second degree (two counts) and robbery in the first degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, in part, after a hearing, of that branch of the defendant's omnibus motion which was to suppress oral statements made by him to the police.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY BROWN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Grajales, J.), rendered February 4, 1986, convicting him of criminal sale of a controlled substance in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Upon the exercise of our factual review power we are

satisfied that the evidence was of sufficient quantity and quality to establish the defendant's guilt beyond a reasonable doubt.

The defendant's remaining contention that certain comments made by the prosecutor during summation deprived him of a fair trial has not been preserved for appellate review *(see,* CPL 470.05 [2]; *People v Thomas,* 50 NY2d 467) and we decline to review this contention in the interest of justice. Thompson, J. P., Bracken, Rubin and Eiber, JJ., concur.